FILED

2023 Nov-28  AM 08:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| **PAUL H. REED, II,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 4:23-cv-01240-LCB-HNJ** |
| | ) | |
| **JONATHAN W. NORTON, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER OF DISMISSAL

On November 2, 2023, the Magistrate Judge entered a report recommending Petitioner Paul H. Reed II's ("Reed") petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2254 be dismissed without prejudice for failure to prosecute. (Doc. 5).  No objections have been filed.

Accordingly, the court **ADOPTS** the Magistrate Judge's report and **ACCEPTS** his recommendation.  The court **DISMISSES** this action **WITHOUT PREJUDICE** for Reed's failure to prosecute.

**DONE** and **ORDERED** this November 27, 2023.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE